

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| PATRICK DE LA CRUZ MORENO, | § | |
| | | No. 08-12-00028-CR |
| Appellant, | § | |
| | | Appeal from the |
| v. | § | |
| | | 112th District Court |
| THE STATE OF TEXAS, | § | |
| | | of Pecos County, Texas |
| State. | § | |
| | | (TC# 3156) |
| | § | |

**O R D E R**

The Court GRANTS the Appellant's third pro se motion for extension of time to file the brief until **June 21, 2013.**  NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S PRO SE BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that Patrick De La Cruz Moreno, the Appellant, prepare the Appellant's pro se brief and forward the same to this Court on or before **June 21, 2013.**

IT IS SO ORDERED this 22nd day of May, 2013.

PER CURIAM

Before McClure, C.J., Rivera and Rodriguez, JJ.